present calendar and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Thomas, Stapleton, Mills. and Putnam, JJ.

The People of the State of New York, Respondent, v. Hyman Stehr, Appellant.— Motion to resettle order granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ. Order to be settled before Mr. Justice Stapleton.

The People of the State of New York, Respondent, v. Sam Wohl, Appellant.— Motion for leave to argue the appeal on the typewritten minutes denied. Motion to dismiss appeal denied upon condition that defendant perfect his appeal, place the case at the foot of the present calendar and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Emory B. Remington, Respondent, v. Shults Bread Company, Appellant.—Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

John Clinton Robbins, Plaintiff, v. Babylon National Bank and Others, Defendants.— Motion to dismiss appeal denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Henry Tonges and Another, Plaintiffs, v. Vanderveer Canarsie Improvement Syndicate and Others, Defendants.— Motion to dismiss appeal denied on condition that appellants perfect their appeal, place the case on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Joseph Baylis and Alphonsus Baylis, Appellants, v. Thomas J. Baylis and Lucy A. Baylis, Respondents. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Joseph Baylis and Alphonsus Baylis, Appellants, v. Thomas J. Baylis and Lucy A. Baylis, Respondents. (Appeal No. 2.) — Order affirmed with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Antonio Carrodi, Respondent, v. Nicolo Trinkino, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ.

Margaret Cavanagh, by Kate Cavanagh, Her Guardian ad Litem, Appellant, v. Sea Beach Railroad Company and Brooklyn Heights Railroad Company, Respondents.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days defendants stipulate that the judgment be modified by striking out the costs to defendants, in which event the judgment and order are unanimously affirmed, without costs. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Margaret Dempsey, an Infant, by Annie Dempsey, Her Guardian ad Litem, Appellant, v. The City of New York, Respondent.— Judgment and order unanimously affirmed, with costs, on authority of *Foster* v. *City of*